UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: ) | | |
| ) | | |
| Said Benchater ) | | Case Number 12-40852-MSH |
| Debtor ) | | |
| ) | | |
| ) | | |
| _____) | | |

DEBTOR'S OBJECTION TO MOTION OF CHAPTER 13 TRUSTEE TO DISMISS CASE

The debtor Said Benchater (the "Debtor"), for his objection of the Motion of Chapter 13 Trustee To Dismiss Case, states as follows:

1) The domestic support obligation disclosure ("DSO") and Tax Affidavit, declaring all taxes returns have been submitted, have already been filed in this case.

2) Debtor's counsel could not find any claims filed in the claims register using Pacer.

WHEREFORE, Debtor respectfully requests that this Honorable Court:

1) Deny the Motion of Chapter 13 Trustee To Dismiss Case.

2) Grant such other relief as the court deems just and proper.

Dated:  May 4, 2012

Respectfully submitted,
Debtor
By His Attorney,


/S/Stephen Teel
_____
Stephen Teel, Esq.#650030
Teel Law Office
300 Brickstone Sq., Suite 201
Andover, MA 01810
508-333-4242
sst_vandy_2000@yahoo.com

CERTIFICATE OF SERVICE

I, Stephen Teel, Esq., attorney for the Debtor, hereby certify that on May 4, 2012 I served DEBTOR'S OBJECTION TO MOTION OF CHAPTER 13 TRUSTEE TO DISMISS CASE electronically or by first class mail, postage pre-paid to the parties listed below:

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Denise M. Pappalardo
denisepappalardo@ch13worc.com, paper@mab.uscourts.gov

Julie A. Ranieri on behalf of Creditor Bank of America, N.A.
bankruptcy@kordeassoc.com

/S/Stephen Teel
_____