UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

CENTRAL DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Said Benchater | ) | Chapter 13 |
| | ) | Case No.  12—40852-MSH |
| Debtor | ) | |
| | ) | |
| _____) | | |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Whereas this case has not been converted to a chapter 13 case under 11 USC§ 706, 1112, or 1208, the undersigned hereby requests an order dismissing this case.  As an additional reason, Debtor has been working with a home retention program that requires dismissal of the bankruptcy case to move forward.

Dated: August 1, 2012

Respectfully Submitted
By the Debtor
By his Attorney,
/S/Stephen Teel

_____
Stephen Teel#650030
Teel Law Office
300 Brickstone Sq., Suite 201
Andover, MA 01810
508-333-4242
sst_vandy_2000@yahoo.com

## CERTIFICATE OF SERVICE

I, Stephen Teel, Esq. hereby certify that on August 1, 2012, I served first class postage pre-paid or electronically a copy of the Debtor's Motion to Dismiss Chapter 13 Case on the following parties:

**12-40852 Notice will be electronically mailed to:**

Richard King
USTPRegion01.WO.ECF@USDOJ.GOV

Denise M. Pappalardo
denisepappalardo@ch13worc.com, paper@mab.uscourts.gov

Julie A. Ranieri on behalf of Creditor Bank of America, N.A.
bankruptcy@kordeassoc.com

Stephen Teel on behalf of Debtor Said Benchater
sst_vandy_2000@yahoo.com

/S/Stephen Teel

_____